**No. 09-1074. John C. Justice and Mike Woodward, Petitioners v. Town of Cicero, Illinois, et al.**

560 U.S. 965, 130 S. Ct. 3410, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4857,

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**323**

Same case below, 577 F.3d 768.